█ LINDA BURGER et al., Respondents, et al., Plaintiff, v. LONG ISLAND RAIL ROAD COMPANY, Appellant, et al., Defendants. INA C. MARRA, as Administratrix, etc., Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.—

872

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.